IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CRIMINAL DOCKET NO.: 3:05CR104

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| DEMON MONTICO MORRIS (13), ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on Defense Counsel's Motion for Absence from Status Conference, filed June 23, 2006. For the reasons stated in Defense Counsel's Motion and for good cause shown, the Court will grant Defense Counsel's request.

**IT IS, THEREFORE, ORDERED** that Defense Counsel's Motion for Absence from Status Conference is hereby **GRANTED**.

Signed: June 26, 2006

Richard L. Voorhees
United States District Judge